CRIMINAL MINUTE ENTRY

DOCKET NUMBER: 11-MJ-474

Date Received By Docket Clerk: _____ Docket Clerk Initials: _____

BEFORE JUDGE: E. Thomas Boyle  DATE: 7/6/11  TIME: 3:00 PM

FILED IN CLERK'S OFFICE DISTRICT COURT EDNY
U0 2011
LONG ISLAND OFFICE

CRIMINAL CAUSE FOR Status Conference  TIME IN COURT ___ HRS

DEFENDANT'S NAME: Derick Phanord  DEFENDANTS # _____
[✓] Present  [ ] Not Present  [✓] Custody  [ ] Not Custody

DEFENSE COUNSEL: Philippe Solages Jr.
[✓] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [✓] Retained

DEFENDANT'S NAME: _____  DEFENDANTS # _____
[ ] Present  [ ] Not Present  [ ] Custody  [ ] Not Custody

DEFENSE COUNSEL: _____
[ ] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [ ] Retained

DEFENDANT'S NAME: _____  DEFENDANTS # _____
[ ] Present  [ ] Not Present  [ ] Custody  [ ] Not Custody

DEFENSE COUNSEL: _____
[ ] Present  [ ] Not Present  [ ] Federal Defender  [ ] CJA  [ ] Retained

A.U.S.A.: Burton Ryan  PRETRIAL/PROBATION OFFICER _____
CASE MANAGER OR MAGISTRATE CLERICAL L. Lundy
COURT REPORTER: OR ESR OPERATOR _____  TAPE LOG 3:06 - 3:09
INTERPRETER: _____  LANGUAGE: _____

**Select the Type of Hearing or Trial**  CONTESTED [ ]YES  [ ]NO

[ ]Allocution Hearing           [ ]In Camera Hearing                          [ ]Plea and Sentence
[ ]Arraignment                  [ ]In Chambers Conference                     [ ]Preliminary Examination
[ ]Attorney Appointment Hearing [ ]Initial Appearance                         [ ]Preliminary Revocation Hearing
[ ]Bench Trial                  [ ]Initial Appearance-Material Witness        [ ]Pretrial Conference
[ ]Bond Forfeiture Hearing      [ ]Initial Appearance-Revocation Proceedings  [ ]Pro Se(Faretta) Hearing
[ ]Bond Hearing                 [ ]Initial Appearance-Rule 5(c)(3)            [ ]Psychiatric Report Hearing
[ ]Bond Rrevocation Hearing     [ ]Forfeiture Hearing                         [ ]Remand Hearing
[ ]Change of Plea Hearing       [ ]Franks Hearing                             [ ]Revocation of Probation - Final Hearing
[ ]Competency Hearing           [ ]James Hearing                              [ ]Revocation of Supervised Release-Final Hearing
[ ]Curcio Hearing               [ ]Jury Selection                             [ ]Rule 44© Hearing
[ ]Daubert Hearing              [ ]Jury Trial                                 [ ]Scheduling Conference
[ ]Detention Hearing            [ ]Jury Trial-Death Penalty Phase             [ ] Sentencing
[ ]Detention Hearing Material Witness [ ]Jury Trial-Sentence Enhancement Phase [ ]Show Cause Hearing
[ ]Discovery Hearing            [ ]Markman Hearing                            [✓]Status Conference
[ ]Dispositional Hearing (Juvenile) [ ]Material Witness Hearing               [ ]Suppression Hearing
[ ]Docket Call                  [ ]Motion Hearing                             [ ]Telephone Conference
[ ]Evidentiary Hearing          [ ]Motion Hearing-Material Witness            [ ]Voir Dire
[ ]Extradition Hearing          [ ]Motions No longer Referred
[ ]Fatico Hearing               [ ]Motions Referred Upon Consent to Magistrate Judge Disposition
[ ]Forfeiture Hearing           [ ]Nebbia Hearing                             [ ]Other (please specify)
[ ]Detention Hearing            [ ]Omnibus Hearing
[ ]Hearing Out-Of-Jury Presence [ ]Plea Agreement Hearing                     _____

**Select the action.**

[ ]Began  [ ]Held  [ ]Continued  [ ]Completed  [ ]Scheduled for

Date: _____  Time _____  FOR _____

SHOULD THIS CALENDAR BE SEALED  [✓] YES   [ ] NO

## UTILITIES

[ ]~Util-Add Terminate Attorneys        [ ]~Util-Document Unsealed       [ ]~Util-Set/Reset Deadlines/Hearings
[ ]~Util-Bond-Set/Reset                 [ ]~Util-Exparte Matter          [ ]~Util-Set/Reset Hearings
[ ]~Util-Case Sealed                    [ ]~Util-Indictment Unsealed     [ ]~Util-Set/Reset Motion & R&R Deadlines/Headlines
[ ]~Util-Case Unsealed                  [ ]~Util-Information Unsealed    [ ]~Util-Terminate Motions
[ ]~Util-Counts To Be Tried Separately  [ ]~Util-Interpreter Appointed   [ ]~Util-Terminate Partiest
[ ]~Util-Defendant Severed From Co-Defendants  [ ]~Util-Plea Entered
[ ]~Util-Document Sealed                [ ]~Util-Set/Reset Deadlines

Period of Excludable Delay/ Speedy Trial Start: 7/15/11
Period of Excludable Delay/ Speedy Trial Stop: 7/31/11

CODE TYPE: Please Circle

XA- Competency/Capacity Exam        XC- Trial on Other Charges       XD- Interlocutory Appeal         XE- Pretrial Motions
XF- Transfer Proceedings            XG- Motion under Advisement      XH- Miscellaneous Proceedings    XI- Prosecution deferred
XJ- Transportation from Other District  XK- Proposed Plea Agreement  XM- Unavailable Witness/Defendant  XN- Incompetency
XP- Superseding Indictment/charges  XR- Awaiting Trial of Co-Defendant  XT- Interest of Justice       XU-Withdrawal of Guilty Plea
XW- Grand Jury Indictment Tim extension

DOCKET CLERK SHALL ENTER UTILITY EVENT *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

Do these minutes contain ruling(s) on motion(s)? ❑ YES     ❑ NO
MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:

## TYPES OF DECISIONS

[ ]Adopting Report & Recommendation as to              [ ]Granting                                   [ ]Taking Under Advisement
[ ]Adopting in Part on Report & Recommendation as to   [ ]Granting In Part and Denying In Part       [ ]Temporarily Denying
[ ]Deferring Ruling on                                 [ ]Rescinding                                 [ ]Temporarily Granting
[ ]Denying                                             [ ]Settling                                   [ ]Temporarily Granting In Part and Denying In Part
[ ]Dismissing                                          [ ]Striking                                   [ ]Terminating
[ ]Entered                                             [ ]Submitted                                  [ ]Vacating
[ ]Finding as Moot                                     [ ]Sustaining                                 [ ]Withdrawing

TEXT:

Waiver Speedy Indictment entered start date 7/15/11 stop date 7/31/11